IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JAMES CARLAN, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | No. 5:25-CV-62 (CAR) |
| v. | : | |
| | : | |
| JASON ASHFORD, TRAVIS | : | |
| EMMERT, and JOHN DOES, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## ORDER DIRECTING PAYMENT OF FILING FEE OR FILE APPLICATION TO PROCEED _IN FORMA PAUPERIS_

Plaintiff James Carlan, proceeding *pro se*, has filed a Complaint with this Court.

However, to date, Plaintiff has failed to pay the required filing fee.[1] If Plaintiff wishes to

proceed with his claims, he is **DIRECTED** to pay the required $405.00 filing fee to the

Clerk of the Court. If Plaintiff is unable to pay the required fee or costs associated with

these proceedings he may file an application to proceed *in forma pauperis* ("IFP") pursuant

to 28 U.S.C. § 1915. If Plaintiff does not pay the required fee or file an application to

proceed IFP within fourteen (14) days from the date of this Order, the Court will dismiss

this case. There will be no service in this case until further order of the Court.

---

[1] 28 U.S.C. § 1914 authorizes the clerk of each district court to collect a filing fee from the party instituting any civil action, suit, or proceeding in the district court.

**SO ORDERED,** this 9th day of April, 2025.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT