IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JAMES CARLAN, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CASE NO.** |
| v. | : | **5:25-CV-62 (CAR)** |
| | : | |
| CHARLES EVANS, | : | |
| | : | |
| **Defendant.** | : | |

_____

## <u>ORDER DISMISSING CASE</u>

On July 24, 2025, the Court granted *pro se* Plaintiff James Carlan's Motion to Proceed *In Forma Pauperis*; dismissed his claims against Defendants Ashford, Hathaway, Creque, and Houston County; dismissed two of Plaintiff's claims against Defendant Evans; and allowed Plaintiff the opportunity to file an amended complaint to cure the deficiencies as to his remaining claims against Defendant Evans within twenty-one (21) days.[1] The Court warned Plaintiff failure to file an amended complaint within the time stated in the Order would result in dismissal of this action. Plaintiff has failed to file an Amended Complaint, and the time to do so has now expired. Therefore, the Court

---

[1] Order on Motion to Proceed In Forma Pauperis [Doc. 6].

**DISMISSES** the remaining claims against Defendant Evans **WITHOUT PREJUDICE** for

failure to comply with a Court order.

       **SO ORDERED,** this 27th day of August, 2025.

s/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT